U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN -6 P 3: 47

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darren Starr

v.  Case No. 04-cv-02-SM

Warden, Northern Correctional Facility, et al.

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 25, 2005, for the reasons set forth therein, no objection having been filed.

SO ORDERED.

June 6, 2005

Steven J. McAuliffe
Chief Judge

cc: Darren Starr, pro se
Mary E. Maloney, Esq.